LAW OFFICES

*Daniel Retter, P.C.*

2 PARK AVENUE – 19TH FLOOR
NEW YORK, NEW YORK 10016

ADMITTED

NEW YORK BAR
FLORIDA BAR

TEL: 212 227-7727
Fax: 212 545-3353
dretter@retterlaw.com

September 25, 2020

**VIA CERTIFIED MAIL**
Bolivarian Republic of Venezuela
Ministerio del Poder Popular para Economía y Finanzas
Avenida Urdaneta Esq. Carmelitas
Edificio Sede Ministerio de Finanzas, Piso 9
Caracas, Venezuela

Re:  Venezuela Government International Bond Regs Coupon 7.750% ("Bond")
     Security No.: P97475AN0
     Notice of Claim

Dear Sir/Madam:

On or about May 5, 2017, I purchased the above-referenced Bonds with a total par value of $180,000. Pursuant to the Bonds' prospectus, the Bolivarian Republic of Venezuela ("Republic") was to pay me interest semiannually on October 13 and April 13 of each year, from the issue date of October 13, 2009, at the rate of 7.750% per annum. In breach of the prospectus contract, the Republic has at all times failed to make any payments on the Bonds to me, principal, interest or otherwise. Demand is hereby made that the Republic immediately remit to me the principal and all interest accrued on the Bonds from October 13, 2009, said principal and interest being currently due and owing.

Very truly yours,

LAW OFFICES OF DANIEL RETTER, P.C.

BY: _/s/_____
         DANIEL RETTER

cc:  Arnold & Porter, LLP

399 Park Avenue
New York, New York 10022

Ramos, Ferreira y Vera, S.C.
Septima transversal, Numero 11
Quinta Rosicler, Urbanizacion Horizonte
Municipio Sucre
Caracas 1070, Venezuela