UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DANIEL RETTER, *individually, and on behalf of all* :
*others similarly situated*, :
:
                        Plaintiff, :        20 Civ. 8495 (JPC)
:
        -v-                               :        <u>ORDER</u>
:
BOLIVARIAN REPUBLIC OF VENEZUELA, :
:
                        Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 4, 2021, the Court ordered Plaintiff to submit a letter updating the Court on the status of service by October 1, 2021. Dkt. 21. Plaintiff failed to submit this letter to the Court. Within one week of the filing of this Order, Plaintiff shall file on ECF the letter described in Dkt. 21.

      SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                                    JOHN P. CRONAN
                                           United States District Judge