UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DANIEL RETTER, *individually, and on behalf of all* :
*others similarly situated*, :
:
                                Plaintiff, :      20 Civ. 8495 (JPC)
:
      -v- :      ORDER
:
BOLIVARIAN REPUBLIC OF VENEZUELA, :
:
                                Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By order dated May 24, 2021, the Court directed Plaintiff to serve the Amended Complaint on Defendant by December 23, 2021.  Dkt. 19.  In addition to filing an affidavit of service, Plaintiff shall file a status letter to the Court within one week of service on Defendant.

      SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                                         JOHN P. CRONAN
                                                              United States District Judge