

February 15, 2022

**VIA ELECTRONIC CASE FILING**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Daniel Retter* v. *Bolivarian Republic of Venezuela*
      Case No.: 1:20-cv-08495 (JPC)

Dear Judge Cronan:

The undersigned represents the Plaintiff in the above-referenced matter. I write to provide the Court with a status update. On February 23, 2021, the Court granted Plaintiff's application to file an amended complaint and directed that service be effectuated in accordance with the Foreign Sovereign Immunities Act ("FSIA") on or before December 23, 2021. On December 16, 2021, the Court granted Plaintiff's application to extend its time to serve the amended complaint to June 24, 2022.

Plaintiff is in the process of attempting to effectuate service of process on the Defendant via diplomatic channels pursuant to FSIA § 1608(a)(4). Plaintiff has submitted all required documents to the Clerk of Court for transmission to the United States Department of State for service on the Defendant pursuant to FSIA § 1608(a)(4) and 22 C.F.R. § 93.1(c). The Clerk of Court mailed these documents to the United States Department of State on December 13, 2021. [DE 25]. Plaintiff has not yet received confirmation from the United States Department of State that service has been completed.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

 /s/ *Gregory A. Nahas*
Gregory A. Nahas, Esq. (GN1002)

950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Greg@pnlawyers.com
*Attorneys for Plaintiff*