```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DANIEL RETTER, individually, and on behalf of all                      :
others similarly situated,                                             :
                                                                       :
                                Plaintiff,                             :       20 Civ. 8495 (JPC)
                                                                       :
              -v-                                                      :       ORDER
                                                                       :
BOLIVARIAN REPUBLIC OF VENEZUELA,                                      :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 19, 2022, the Court ordered Plaintiff to submit a letter updating the Court on the status of service by June 17, 2022. Dkt. 32. The June 17, 2022 deadline has passed and Plaintiff has not filed any letter advising the Court as to the status of service on Defendant. Accordingly, it is hereby ORDERED that, by June 23, 2022, Plaintiff shall file the letter as directed by the Court in Dkt. 32.

SO ORDERED.

Dated: June 21, 2022
      New York, New York

                                                          JOHN P. CRONAN
                                           United States District Judge