

December 5, 2022

**VIA ELECTRONIC CASE FILING**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Daniel Retter* v. *Bolivarian Republic of Venezuela*
Case No.: 1:20-cv-08495 (JPC)

Dear Judge Cronan:

The undersigned represents the Plaintiff in the above-referenced matter. I write to provide the Court with a status update. On October 20, 2022, the United States Department of State served a copy of Plaintiff's summons, amended complaint and notice of suit on the Defendant via diplomatic note in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act ("FSIA"). A certified copy of the diplomatic note is annexed hereto.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

 /s/ *Gregory A. Nahas*
Gregory A. Nahas, Esq. (GN1002)
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Greg@pnlawyers.com
*Attorneys for Plaintiff*