UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DANIEL RETTER,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :           20 Civ. 8495 (JPC)
         -v-                                                           :
                                                                       :           ORDER
BOLIVIAN REPUBLIC OF VENEZUELA,                                        :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 20, 2022, Plaintiff served Defendant with a copy of the Summons, Amended Complaint, and Notice of Suit pursuant to 28 U.S.C. § 1608(a)(4).  Pursuant to 28 U.S.C. § 1608(d), Defendant's deadline to respond to the Amended Complaint was December 19, 2022.  That deadline has passed, and the docket does not reflect a response to the Amended Complaint from or an appearance on behalf of Defendant.  Accordingly, Plaintiff shall seek a Clerk's Certificate of Default as to Defendant no later than February 3, 2023.

      SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                                  United States District Judge