UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL RETTER, individually, and on Behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>   -v-<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>      *Defendant.* | Civil Case No.: 1:20-cv-08495-JPC<br><br>ECF Case<br>Electronically Filed |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that ELENI MELEKOU, associate of PARDALIS & NOHAVICKA LLP, hereby appears on behalf of the PLAINTIFF, DANIEL RETTER, in the above-captioned action.

Dated: New York, New York
February 28, 2023

*Respectfully submitted,*

**PARDALIS & NOHAVICKA, LLP**
By: */s/Eleni Melekou*
 Eleni Melekou, Esq.
*Attorneys for Plaintiff*
950 3rd Avenue, 11th Floor
New York, NY 10022
E: Eleni@pnlawyers.com
P: 212-213-8511
F: 718-777-0599