**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DANIEL RETTER, as trustee on behalf of the LAW
OFFICES OF DANIEL RETTER PC RETIREMENT
TRUST, individually, and on behalf of all others similarly
situated,

                      Plaintiff,

        v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                      Defendant.
------------------------------------------------------------------------X

Civil Case No.:
1:20-cv-08495 (JPC)

Hon. John P. Cronan

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55(b)(2) AND LOCAL RULE 55.2(b)**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Todd B. Sherman, Esq., dated March 16, 2023, the exhibits attached thereto, the accompanying memorandum of law, and upon all pleadings had herein, the undersigned counsel for the Plaintiff will move before this Court, before the Honorable John P. Cronan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a time set by the Court, for an Order, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, entering a judgment by default against the Defendant Bolivarian Republic of Venezuela, and granting such other and further relief favorable to the plaintiff, as the Court deems just and proper.

Dated: New York, New York
        March 16, 2023

                                            Respectfully submitted,
                                            **PARDALIS & NOHAVICKA, LLP**

                                            /s/ *Todd B. Sherman*
                                            Todd B. Sherman, Esq. (TS 4031)
                                            950 Third Avenue, 11th Floor
                                            New York, New York 10022
                                            Tel: (212) 213-8511
                                            Fax: (347) 897-0094
                                            E-Mail: todd@pnlawyers.com
                                            *Attorneys for Plaintiff*