

April 28, 2023

**VIA ELECTRONIC CASE FILING**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Daniel Retter* v. *Bolivarian Republic of Venezuela*
              Case No.: 1:20-cv-08495 (JPC)

Dear Respected Judge Cronan:

    We represent the Plaintiff in the above-referenced matter. I write the provide the Court with a status update pursuant to its Orders dated March 20, 2023 (Dkt. 61) and March 30, 2023 (Dkt. 63), which concern mailed notice to Defendant of Plaintiff's motion for default judgment to Defendant at its last known address in Venezuela and at Defendant's Permanent Mission to the United Nations.

    In prompt and strict compliance with Your Honor's directives, on March 20, 2023, Plaintiff mailed copies of its motion for default judgment to Defendant in accordance with the Court's Order. Shortly thereafter, the Plaintiff's mailing to the United Nations was returned to sender as undeliverable. Despite Plaintiff's numerous attempts via phone and email, Plaintiff has been unable to make contact with Defendant's Permanent Mission to the United Nations.

    With respect to Plaintiff's mailing to Venezuela, the most recent tracking information shows that the shipment arrived in Caracas, Venezuela on March 29, 2023 *(***Exhibit 1)**.; however, there are no further updates provided. Given that a month has passed since the mailing arrived in Caracas and the ultimate delivery address is in Caracas, it is likely that the delivery was made and that Venezuelan postal authorities have not scanned or tracked the package.

    We have since learned of the United Nations "Blue Book," prepared and maintained by the United Nations Protocol and Liaison Service, which is a database of contact information for missions accredited to the United Nations. See https://bluebook.unmeetings.org/, *last accessed* April 28, 2023. Using "drop down menus," the information in the database maintained by the United Nations confirms that the address used to mail, and telephone numbers used in an effort to contact., are identical to those on file with the United Nations. A printout of this information is appended hereto as **Exhibit 2**.

---

950 Third Avenue, 11th Floor, New York, NY 10022 | 35-10 Broadway, Suite 201, Astoria, NY 11106
P: 212.213.8511 | F: 347.897.0094 | todd@pnlawyers.com | www.pnlawyers.com

In addition to the physical address (Permanent Mission of the Bolivarian Republic of Venezuela to the United Nations, 335 East 46th Street, New York, NY 10017, and telephone numbers ((646) 559-4952 and (212) 557-2055), the Bluebook listing also identifies an e-mail address for the Venezuelan mission to the United Nations: misionvenezuelaonu@gmail.com. (*Id*.). Given the efforts that the Plaintiff, by counsel, has made to provide notice to the defendant, the likelihood that the delivery has been made to the Venezuelan government in Caracas, and the newly obtained availability of an email address to endeavor to send the default judgment papers, to Venezuelan authorities at the United Nations, to the extent that the Honorable Court requires further efforts to provide notice of plaintiff's application for a default judgment, it is respectfully requested that leave be granted to make such notice via e-mail to the address delineated above, as was apparently provided by Venezuelan authorities to the United Nations Headquarters Protocol and Liaison Service.

We thank the Honorable Court for its consideration of the information provided and the application made herein.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

/s/ *Todd B. Sherman*

Todd B. Sherman, Esq. (TS 4031)
(212) 213-8511
E-mail: todd@pnlawyers.com