UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| DANIEL RETTER, as trustee on behalf of the LAW OFFICES OF DANIEL RETTER PC RETIREMENT TRUST, individually, and on behalf of all others similarly situated, | Civil Case No.: 1:20-cv-08495 (JPC) Hon. John P. Cronan |
| *Plaintiff*, v. | **DECLARATION AS TO PROOF OF SERVICE** |
| BOLIVARIAN REPUBLIC OF VENEZUELA, *Defendant.* | |

------------------------------------------------------------------------X

Todd B. Sherman, an attorney duly admitted to practice law before the Courts of the State of New York and before this Court, as an attorney for the Plaintiff Daniel Retter herein, declares the following to be true:

On May 2, 2023, my office served the following upon the Defendant Bolivarian Republic of Venezuela:

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DE 59)
AFFIRMATION OF TODD B. SHERMAN, ESQ., IN SUPPORT OF MOTION (DE 59-1)
EXHIBITS A-I (DE 59-2 THROUGH DE 59-10)
PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION (DE 60)
PLAINTIFF'S PROPOSED ORDER (DE 59-11)
COURT ORDER DATED MAY 1, 2023 (DE 65)**

via email to Misionvenezuelaonu@gmail.com, in accordance with the Court's Order dated May 1, 2023 (DE 65). Annexed hereto as Exhibit 1 is a copy of the email to Defendant Bolivarian Republic of Venezuela.

1

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 2, 2023

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

/s/ *Todd B. Sherman*

Todd B. Sherman, Esq. (TS 4031)
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
E-Mail: todd@pnlawyers.com

*Attorneys for Plaintiff*