

June 26, 2023

**VIA ELECTRONIC CASE FILING**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Daniel Retter* v. *Bolivarian Republic of Venezuela*
     Case No.: 1:20-cv-08495 (JPC)

Dear Judge Cronan:

  We represent the Plaintiff in the above-referenced matter and we write in response to the Court's Order dated June 25, 2023 (DE 69).

  The Plaintiff would like to submit additional documentary evidence and an affidavit in further support of his motion for a default judgment and appreciates the opportunity to do so

.  Accordingly, Plaintiff respectfully requests an adjournment of the default judgment hearing scheduled for June 27, 2023.

  Plaintiff respectfully requests an August date if amenable to the Court.

           Respectfully submitted,

          **PARDALIS & NOHAVICKA, LLP**

          /s/ *Todd B. Sherman*

          Todd B. Sherman, Esq. (TS 4031)
          950 Third Avenue, 11th Floor
          New York, New York 10022
          Tel: (212) 213-8511; Fax: (347) 897-0094
          E-Mail: todd@pnlawyers.com
          *Attorneys for Plaintiff*