UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIEL RETTER, as trustee on behalf of the LAW   Civil Case No.:
OFFICES OF DANIEL RETTER PC RETIREMENT   1:20-cv-08495 (JPC)
TRUST, individually, and on behalf of all others similarly
situated,

                            *Plaintiff*,                  **[PROPOSED]**
                                                           **DEFAULT JUDGMENT**
                v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                            *Defendant.*
------------------------------------------------------------------------X

       This action having been commenced by the Plaintiff Daniel Retter ("Plaintiff") on October 12, 2020, by the filing of a Summons and Complaint, and Plaintiff having subsequently filed an Amended Summons and Amended Complaint on February 23, 2021, and a copy of Plaintiff's Amended Summons and Amended Complaint having been served on the Defendant Bolivarian Republic of Venezuela ("Defendant") on October 20, 2022, via diplomatic note through the United States Department of State in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act, and proof of service having been filed on December 5, 2022, and the Defendant having not answered the Amended Complaint, and the time for answering the Amended Complaint having expired; and the Court having held a hearing on October 4, 2023 whereupon findings of fact and concluions of law were made on the record, it is

       ORDERED, ADJUDGED AND DECREED: That the Plaintiff Daniel Retter have judgment against the Defendant Bolivarian Republic of Venezuela in the liquidated amount of $180,000, with pre-judgment interest at a rate of 7.750% per annum running from October 13, 2009, through the present and continuing, amounting to $195,338.22, plus costs and

disbursements of this action in the amount of $5,169.01, amounting in all to $380,507.23, plus post-judgment interest at a rate of 7.750% per annum.

Dated: New York, New York

_____, 2023

_____
U.S.D.J

This document was entered on the docket

On_____.