UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                   :

DANIEL RETTER,                                               :

                         Plaintiff,                                :

                                                       :                  20 Civ. 8495 (JPC)
                   -v-                                    :

                                                       :                  <u>DEFAULT JUDGMENT</u>
BOLIVARIAN REPUBLIC OF VENEZUELA,      :

                                                       :
                       Defendant.                               :

                                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This action having been commenced by Plaintiff Daniel Retter on October 12, 2020, by the filing of a Summons and Complaint; Plaintiff having subsequently filed an Amended Summons and Amended Complaint on February 23, 2021; a copy of Plaintiff's Amended Summons and Amended Complaint having been served on Defendant Bolivarian Republic of Venezuela on October 20, 2022 via diplomatic note through the United States Department of State in accordance with Section 1608(a)(4) of the Foreign Sovereign Immunities Act; proof of service having been filed on December 5, 2022; Defendant having not answered the Amended Complaint, with the time for answering the Amended Complaint having expired; the Court having found at a default judgment hearing held telephonically on October 3, 2023 that Defendant had notice of the filing of this case and of the default judgment hearing; and that Plaintiff has presented evidence to the Court that satisfactorily establishes Defendant's liability for breach of contract under Count I of the Amended Complaint; it is

       ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against the Defendant in the liquidated amount of $180,000, with pre-judgment interest at a rate of 7.750% per annum running from October 13, 2009 through the present and continuing, amounting to

$195,376.44, plus costs and disbursements of this action in the amount of $5,169.01, amounting in all to $380,545.45, plus post-judgment interest at a rate of 7.750% per annum.

SO ORDERED.

Dated: October 12, 2023
      New York, New York

                                                    JOHN P. CRONAN
                                         United States District Judge